CV 05   322

United State. District.
Eastern, District of New-York

Complaint
Plaintiff. Demands
Trial By- Jury

Charlic. Campbell
Plaintiff

Against

Defendants,

New York. City police

RECEIVED
JAN 1 2 2005
PRO SE OFFICE

BLOCK, J.

BLOOM, M.J

1. At all times hereinafter, mentioned. plaintiff was and still is a. resident. of 300. Stone Ave. Brooklyn 11212.

New York police. Department.

2. Defendant is a US Government Agency he is employed at 79th. pect.
his name is. po Jane. Hughes, his. badge no is 2280- 263 Tompkin. Ave. Brooklyn, NY.

3. The Jurisdiction. of This Court. invoked pursuant to. 28 USC. & 1831 Statutes diversity of Citizen.ship. 28 USC. & 1332.

## State of Fact.

4

On October 9- 2003 1030pm, I Charlie Campbell went over Vernon Steet to Betty Taylor. I got out of my car, the police were there. he call me and said and said. Can I talk to you. And and said about what. And told him that I have not broke no law, he hit me push me up. Against the car, he beat me up. Took me jail. Later. Took me. to Woodhull. Medical. in. Brooklyn. for. Treatment from whe. he beat me up, The cas was dismissing, in Lower Cour. I was put in jail for nothing. And beat the hell. out. for nothing All my Consititutional Right have been violated.

False. Arress and Flase- imprisonment A False Aress. is generally defined as Unlawful Taking of a person into custody by one have actual pretented legal Authority for. the actual presmed purpose of Subjecting the other. see generally William vs Adam - 846-F2d 958 5th. Cir. 1988 Applying.

See. personal injury Action Damage.

False and impriment I 101 L13 Matter - Bender. 1990

4/ State of Fact

by The provison of The due process clause of The Fifth, And Fourteent Amendment to violate plaintiff Civil Right under Section 1993.

Conspiracy- plAndrny Conpiract to violate plaintiff Civil Right under Section 1993.

Fabricated And Charges lodged against The plainiff - False police report was give. To The plainfif As a direct and proximate resull of conpiracy between defendant and other. As forced acbel action take again him was deprived of his Right to be Free. Form UnrAsonAble - UnlawFul Sizure to Equal protection of The Law. To due process Right To be Free. From Arbarat And To EquAL- protection of The Law. To due process Right to be Free.

From Arbitray And UnerAsenable Action which And Seced under form Arbitray And UncASonAble Action which And Sacred under The Fourt Fifth, and Four teen Amendment

Statement of Fact

Fourth Amendment violation Generally

An action may be brought under 42 USC 1983 remedy a violation of the Fourth Amendment, such when the police conduct a warrantless search and no exception the warrant requirement applie or when the police conduct a search pursuant to warrant that was not based on probable cause. In a 1983 action based on deprivation of Fourth Amendment right the plaintiff bears the burden of proving the existence of element of relief by a preponderance of the evidence and the establishes for example that the official action were not autorize by a warrant arrests with probable case.

S Wherefore plaintiff demand.

Money damages in the amount of 95.000

Any further relief the court may deem appropriate.

Charlie Campbell
300 Stone ave
Brooklyn. N.Y. 11213
718-485-1135